# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN BARCLAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO: 1:21-cv-01005-ACA |
| | ) | |
| BRANDSAFWAY SERVICE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

The parties, through undersigned counsel, hereby file this joint stipulation of dismissal with prejudice, pursuant to Federal Rules of Civil Procedure, seeking to dismiss with prejudice all of the claims. Each party will bear their own attorney fees and costs.

Respectfully submitted this 28th day of February 2022.

/s/ Robert L. Beeman, II
Robert L. Beeman, II
**BEEMAN LAW FIRM**
P.O. Box 253
Helena, AL 35080
205.422.9015
rlbsportsmgnt12@gmail.com

Attorney for Plaintiff

/s/ Janell M. Ahnert
Janell M. Ahnert
**LITTLER MENDELSON, P.C.**
Shipt Tower
420 20th Street North – Suite 2300
Birmingham, AL 35203-3204
Telephone: 205.421.4784
jahnert@littler.com

Attorney for Defendant